# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Griffith, Thomas B. | 2. Court or Organization<br><br>US Court of Appeals for the D.C. Circuit | 3. Date of Report<br><br>12/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

333 Constitution Avenue, NW
Suite 3917
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, International Advisory Board | CEELI Institute |
| 2. | Director, President | The Temple and Observatory Group |
| 3. | Member, Advisory Board | Neal A. Maxwell Institute |
| 4. | Member, Board of Directors | Historical Society of the District of Columbia Circuit |
| 5. | Member, Advisory Board | BYU Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Stanford Law School - Adjunct Professor salary | $27,225.00 |
| 2. 2017 | Deseret Mutual Benefit Association - Retirement Account | $18,867.60 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the U.S. Courts | 1/4/2017 - 1/26/2017 | Atlanta, GA | Attend the meeting of the Committee on Codes of Conduct | Airfare, baggage fee, taxi, accommodations, parking |
| 2. | Stanford Law School | 1/8/2017 - 1/25/2017 | Stanford, CA | Teach class -- "The Article III Judge" | Airfare, baggage fee, taxi, accommodations |
| 3. | Federalist Society | 1/9/2017 | Berkeley, CA | Speak to FedSoc Chapter at UC Berkeley Boalt Hall School of Law | Taxi |
| 4. | Yale Law School | 4/5/2017 | New Haven, CT | Participate in YLS Debating Law & Religion panel | Airfare, car service, hotel, mileage, parking, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Griffith, Thomas B.** | 12/13/2018 |

| # | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | Brigham Young University | 4/21/2017 - 4/23/2017 | Provo, UT | Attend Advisory Meeting of Maxwell Institute for Religious Scholarship | Airfare, car rental, accommodations, meals, mileage, parking |
| 6. | Administrative Office of the U.S. Courts | 6/7/2017 | Washington, DC | Attend the meeting of the Committee on Codes of Conduct | Meal |
| 7. | Faith Matters Foundation | 6/19/2017 - 6/24/2017 | Midway, UT | Attend Faith Matters Foundation retrea | Airfare, car transportation, accommodations, meals |
| 8. | Circuit Judicial Conference | 6/27/2017 - 6/30/2017 | Lancaster, PA | Attend the 2017 D.C. Circuit Judicial Conference | Hotel, meals, mileage, parking |
| 9. | J. Reuben Clark Law Society | 8/9/2017 - 8/13/2017 | Cambridge, England | Attend UK and Ireland Conference of the J. Reuben Clark Law Society | Airfare, hotels, train transportation, meals, mileage, parking |
| 10. | Brigham Young University | 10/19/2017 - 10/22/2017 | Provo, UT | Attend Advisory Meeting of Maxwell Institute for Religious Scholarship | Airfare, car rental, accommodations, meals, mileage, parking |
| 11. | Administrative Office of the U.S. Courts | 11/8/2017 | Washington, DC | Attend National Symposium for U.S. Court of Appeals Judges | Reception at Supreme Court |
| 12. | | | | | |
| 13. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | C & D Construction | Unsecured Construction Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 12/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acct | A | Interest | J | T | | | | | |
| 2. Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | | | | |
| 3. DMBA Investment Fund | A | Dividend | K | T | | | | | |
| 4. Edward Jones Money Market | A | Interest | J | T | | | | | |
| 5. IRA (H) | | | | | | | | | |
| 6. --Lord Abbett Fund Cl A | A | Dividend | J | T | | | | | |
| 7. --Washington Mutual Invs FD Cl A | A | Dividend | K | T | | | | | |
| 8. MUTUAL FUNDS (H) | | | | | | | | | |
| 9. --Allianzgi NFJ Dividend | E | Dividend | | | Sold (part) | 01/20/17 | J | | |
| 10. | | | | | Sold | 05/23/17 | J | A | |
| 11. --American Century Div Bond | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 12. --Blackrock Equity Dividend | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 13. --Bridge Builder Core Bond | A | Dividend | K | T | Sold (part) | 01/20/17 | K | | |
| 14. --Bridge Builder Core Plus Bond | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 15. --Bridge Builder INTL Equity | A | Dividend | J | T | | | | | |
| 16. --Bridge Builder Large Growth | B | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 17. --Bridge Builder Large Value | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 12/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Bridge Builder Smallmid Growth | B | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 19. --Bridge Builder Smallmid Value | B | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 20. --Capital World Bond | A | Dividend | J | T | | | | | |
| 21. --Dodge & Cox INTL Stock | B | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 22. --Dreyfus International Stk Cl Y | B | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 23. --Janus Flexible Bond | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 24. --JPMorgan Federal Money Market Fund Institutional Cl | A | Dividend | J | T | | | | | |
| 25. --JPMorgan Mid Cap Value Instl | D | Dividend | | | Sold | 03/16/17 | J | A | |
| 26. --JPMorgan Short Duration Bond | E | Dividend | | | Sold | 03/16/17 | J | A | |
| 27. --Neuberger Berman Genesis | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 28. --Neuberger Berman High Income | A | Dividend | K | T | | | | | |
| 29. --Prudential Total Return Bond | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 30. --T Rowe Price Equity Income | A | Dividend | J | T | | | | | |
| 31. --T Rowe Price Instl Lrge Cp Gr | B | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 32. --Dimensional International Small Company Fund | A | Dividend | J | T | | | | | |
| 33. --Harbor International | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 34. MUNICIPAL BONDS (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Loudoun Cnty Virginia Public Improvement Gen Oblig Ser A | A | Dividend | J | T | | | | | |
| 36. --Norfolk Virginia General Oblication Cap Impt & Rfdg A | A | Dividend | J | T | | | | | |
| 37. --Suffolk Virginia Refunding General Oblication | A | Dividend | J | T | | | | | |
| 38. --Isle Wight County Virginia Refunding Series A Gen Oblig | A | Dividend | J | T | | | | | |
| 39. --Suffolk Virginia General Obligation & Refunding | A | Dividend | J | T | | | | | |
| 40. --Hampton Virginia Public Improvement General Obligation | A | Dividend | J | T | | | | | |
| 41. --Virginia State Series A-2 General Oblication | A | Dividend | K | T | | | | | |
| 42. --Fairfax Cnty Virginia Econ Dev Auth Fac Rev Cmnty Svcs Facs A | A | Dividend | J | T | | | | | |
| 43. --Virginia State Housing Dev Authority Rental Hsg Ser B | A | Dividend | J | T | | | | | |
| 44. --Harrisonburg Virginia GO Pub Impt | A | Dividend | J | T | | | | | |
| 45. STOCKS (H) | | | | | | | | | |
| 46. --Realty Income Corp | C | Dividend | K | T | | | | | |
| 47. EXCHANGE TRADED AND CLOSED END FUNDS (H) | | | | | | | | | |
| 48. --Sector Spdr Trust Utilities | A | Dividend | K | T | | | | | |
| 49. LINCOLN FINANCIAL LIFE INSURANCE AMERICAN LEGACY II VARIABLE (H) | D | Dividend | | | | | | | |
| 50. -Indiv. Fixed | | | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 12/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -AMR Grth/Inc. | | | K | T | | | | | |
| 52. -AMR Growth | | | L | T | | | | | |
| 53. -AMR INTL | | | K | T | | | | | |
| 54. -AMR Govt Aaa | | | L | T | | | | | |
| 55. DFA International | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 12/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -- Investments and Trusts

The filer cannot control selection of the assets for the LINCOLN FINANCIAL LIFE INSURANCE AMERICAN LEGACY VARIABLE. The financial statement does not indicate income during the reporting period for each asset. The financial statement indicates the filer's income from the Lincoln Financial Life Insurance American Legacy Variable as a whole. It also gives the gross value of each asset during 2017, and we have indicated both of these.

During 2017, Dimentional International Small Company Fund (#58 on the 2016 Financial Disclosure) merged with DFA International (#88 on the 2016 Financial Disclosure). It is a managed account.

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 12/13/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Griffith**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544